B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Timber Lane Associates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4560318** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**50 Oak Tree Avenue**<br>**Waterbury, CT**<br>ZIP Code **06705** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Timber Lane Associates, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Timber Lane Associates, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Peter L. Ressler**
Signature of Attorney for Debtor(s)

**Peter L. Ressler**
Printed Name of Attorney for Debtor(s)

**Groob, Ressler & Mulqueen, PC**
Firm Name

**123 York Street, Suite B**
**New Haven, CT 06511**

_____
Address

**203-777-5741  Fax: 203-777-4206**
Telephone Number

**September 18, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Wayne Bond**
Signature of Authorized Individual

**Wayne Bond**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**September 18, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Timber Lane Associates, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 50 Oak Tree Avenue<br>c/o Alez Ladyzhensy<br>150 Oceania Drive East Un. 1-D<br>Brooklyn, NY 11235 | 50 Oak Tree Avenue<br>c/o Alez Ladyzhensy<br>150 Oceania Drive East Un. 1-D<br>Brooklyn, NY 11235 | | | 1,933.00 |
| AIG<br>22427 Network Place<br>Chicago, IL 60673 | AIG<br>22427 Network Place<br>Chicago, IL 60673 | | | 68,219.00 |
| Ameritas Life Insurance<br>One Enterprise Drive, STE 201<br>Shelton, CT 06484 | Ameritas Life Insurance<br>One Enterprise Drive, STE 201<br>Shelton, CT 06484 | | | 587.68 |
| Anthem Blue Cross<br>POB 11017<br>Lewiston, ME 04243 | Anthem Blue Cross<br>POB 11017<br>Lewiston, ME 04243 | | | 5,632.80 |
| AT&T<br>POB 8110<br>Chicago, IL 60607 | AT&T<br>POB 8110<br>Chicago, IL 60607 | | | 254.50 |
| Banc of America Leasing<br>Lease Admin Center<br>POB 371992<br>Pittsburgh, PA 15250 | Banc of America Leasing<br>Lease Admin Center<br>POB 371992<br>Pittsburgh, PA 15250 | | | 252.94 |
| Career Builders LLC<br>13047 Collection Center Drive<br>Chicago, IL 60693 | Career Builders LLC<br>13047 Collection Center Drive<br>Chicago, IL 60693 | | | 3,385.00 |
| Choice One Communications<br>POB 415721<br>Boston, MA 02241 | Choice One Communications<br>POB 415721<br>Boston, MA 02241 | | | 1,701.59 |
| CL&P<br>POB 150493<br>Hartford, CT 06115 | CL&P<br>POB 150493<br>Hartford, CT 06115 | | | 657.52 |
| Colonial Life<br>POB 1365<br>Columbia, SC 29202 | Colonial Life<br>POB 1365<br>Columbia, SC 29202 | | | 892.72 |

B4 (Official Form 4) (12/07) - Cont.

In re **Timber Lane Associates, LLC**              Case No. _____

                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Danbury Health Care<br>41 Germantown Road, STE B-01<br>Danbury, CT 06810 | Danbury Health Care<br>41 Germantown Road, STE B-01<br>Danbury, CT 06810 | | | 615.00 |
| eEmpAct Software<br>2051 Killebrew Drive, Ste 520<br>Minneapolis, MN 55425 | eEmpAct Software<br>2051 Killebrew Drive, Ste 520<br>Minneapolis, MN 55425 | | | 450.00 |
| GAD LLC<br>POB 876<br>Torrington, CT 06790 | GAD LLC<br>POB 876<br>Torrington, CT 06790 | | | 1,132.55 |
| Mas MGT<br>1286 RT 9 ste 7<br>Wappingers Falls, NY 12590 | Mas MGT<br>1286 RT 9 ste 7<br>Wappingers Falls, NY 12590 | | | 1,364.95 |
| Naugatuck Savings Bank<br>87 Church Street<br>Naugatuck, CT 06770 | Naugatuck Savings Bank<br>87 Church Street<br>Naugatuck, CT 06770 | | | 3,759.88 |
| Northwest<br>333 Kennedy Drive<br>POB 59<br>Torrington, CT 06790 | Northwest<br>333 Kennedy Drive<br>POB 59<br>Torrington, CT 06790 | | | 280.00 |
| P&JC Realty Inc.<br>838 Peter Road<br>Torrington, CT 06790 | P&JC Realty Inc.<br>838 Peter Road<br>Torrington, CT 06790 | | | 1,000.00 |
| Research Services<br>124 Simsbury Road<br>Avon, CT 06001 | Research Services<br>124 Simsbury Road<br>Avon, CT 06001 | | | 752.80 |
| Ricoh Americas Corp.<br>POB 4245<br>Carol Stream, IL 60197 | Ricoh Americas Corp.<br>POB 4245<br>Carol Stream, IL 60197 | | | 343.04 |
| Verizon Wireless<br>P.O. Box 489<br>Newark, NJ 07101-0489 | Verizon Wireless<br>P.O. Box 489<br>Newark, NJ 07101-0489 | | | 498.03 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 18, 2009**        Signature **/s/ Wayne Bond**
                                                                   **Wayne Bond**
                                                                   **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
50 Oak Tree Avenue
c/o Alez Ladyzhensy
150 Oceania Drive East Un. 1-D
Brooklyn, NY 11235


Acxiom Information
12445 Collections Center Drive
Chicago, IL 60693


AIG
22427 Network Place
Chicago, IL 60673


Aladdin Cleaning Services
35 Olive Street
Danbury, CT 06810


Ameritas Life Insurance
One Enterprise Drive, STE 201
Shelton, CT 06484


Anthem Blue Cross
POB 11017
Lewiston, ME 04243


Ardmore
POB 5345
Milford, CT 06460


AT&T
POB 8110
Chicago, IL 60607


AT&T Mobility
POB 537104
Atlanta, GA 30353


Banc of America Leasing
Lease Admin Center
POB 371992
Pittsburgh, PA 15250
```

Career Builders LLC
13047 Collection Center Drive
Chicago, IL 60693


Choice One Communications
POB 415721
Boston, MA 02241


City of Danbury
Office of the Tax Collector
P.O. Box 237
Danbury, CT 06813


CL&P
POB 150493
Hartford, CT 06115


Colonial Life
POB 1365
Columbia, SC 29202


Comcast
POB 1577
Newark, NJ 07101


Community Newspaper
POB 33775
Hartford, CT 06150


Copy Rite
500 Corporate Row
Cromwell, CT 06416


Danbury Health Care
41 Germantown Road, STE B-01
Danbury, CT 06810


eEmpAct Software
2051 Killebrew Drive, Ste 520
Minneapolis, MN 55425

```
FedEx
POB 371461
Pittsburgh, PA 15250


GAD LLC
POB 876
Torrington, CT 06790


MAGS Net, LLC
POB 127
Newtown, CT 06470


Mas MGT
1286 RT 9 ste 7
Wappingers Falls, NY 12590


Naugatuck Savings Bank
87 Church Street
Naugatuck, CT 06770


New Britain Herald
POB 1877
Albany, NY 12201


Northwest
333 Kennedy Drive
POB 59
Torrington, CT 06790


P&JC Realty Inc.
838 Peter Road
Torrington, CT 06790


Phonetell,LLC
172 North Plains Industrial Rd
Wallingford, CT 06492


Republican American
POB 2090
Waterbury, CT 06722
```

Research Services
124 Simsbury Road
Avon, CT 06001


Ricoh Americas Corp.
POB 4245
Carol Stream, IL 60197


State Ins. Fund
Disability Benefits
POB 4779
Syracuse, NY 13221


The Register Citizen
POB 8626
New Haven, CT 06531


Triple springs
199 Ives avenue
Meriden, CT 06450


USA Hauling & Recycling
POB 808
East Windsor, CT 06088


Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489


W.B. Mason Company
59 Centre Street
Brockton, MA 02303


Yankee Gas Services Co.
P.O. Box 2249
Hartford, CT 06145-2229